AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

JOSE TORRES
a/k/a JESUS RODRIGUEZ

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1773-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 8, 2004__ in __Bristol__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possess, in and affecting commerce, two firearms, to wit, a Marlin Model 60 .22 caliber rifle with an obliterated serial number, and a Mossberg Model 500A 12 gauge shotgun bearing serial number J762640, and ammunition, to wit, 49 rounds of .22lr ammunition,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based on the following
Official Title
facts:

See attached affidavit of Stephanie Schafer.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Schafer_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6-18-04__ at __Boston, Massachusetts__
Date                                                City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.