```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10292-NG |
| ) |  |
| ) | VIOLATIONS: |
| v.                      ) | 18 U.S.C. § 922(g)(1) |
| ) | Felon in Possession of |
| JOSE TORRES             ) | Firearms and Ammunition |
| ) | 21 U.S.C. § 841(a)(1) |
| ) | Distribution of |
| ) | Controlled Substance |

### INDICTMENT

**COUNT ONE:**   (18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms and Ammunition)

The Grand Jury charges that:

On or about March 8, 2004, at New Bedford, in the District of Massachusetts,

                    JOSE TORRES,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a Marlin Model 60 .22 caliber rifle with an obliterated serial number, a Mossberg Model 500A 12 gauge shotgun bearing serial number J762640, and numerous rounds of ammunition,

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO:**     (21 U.S.C. § 841(a)(1) - **Distribution of Controlled Substance**)

The Grand Jury further charges that:

On or about March 8, 2004, at New Bedford, in the District of Massachusetts,

                JOSE TORRES,

defendant herein, knowingly and intentionally distributed heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
JOHN A. CAPIN
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS                September 22, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

9/22/04 @ 2:15pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. II  Investigating Agency  ATF

City  New Bedford  Related Case Information:

County  Bristol  Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New _____
Magistrate Judge Case Number  04-1773-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jose Torres  Juvenile  ☐ Yes  ☒ No

Alias Name  Jesus Rodriguez

Address _____

Birth date (Year only): 1958  SSN (last 4 #): ____  Sex  M  Race: ____  Nationality: ____

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  John A. Capin  Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☒ Already in State Custody  Dartmouth HOC   ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☒ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  September 22, 2004   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Jose Torres

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g) | felon in possession of firearm and ammunition | 1 |
| Set 2 | 21 U.S.C. § 841 (a)(1) | Distribution of controlled substance | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

JS45.wpd - 1/15/04 (USAO-MA)