# FINANCIAL AFFIDAVIT

CJA 23

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES    ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

USA vs. Jose Torres

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

JESUS RODRIGUEZ
aka. JOSE TORRES

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)_____

DOCKET NUMBERS

Magistrate

District Court
04-10292 NG

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box → )    ☐ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☑ Yes ☐ No    ☐ Am Self Employed   WAREHAM MA

Name and address of employer:— EDGEWOOD CO.

IF YES, how much do you earn per month? $ 1,440

IN CUSTODY FOR SIX MONTHS

IF NO, give month and year of last employment
How much did you earn per month  $_____

If married is your Spouse employed?  ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month $_____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED              SOURCES
$              NO

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes  ☐ No    IF YES, state total amount  $ NO

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE              DESCRIPTION
$              NO

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents    0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDI-TORS, INCLUDING BANKS, LOAN COM-PANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | RENT (MO) | $ | $ 410.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

Jesus Rodriguez          10-13-04

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH