# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10292-NG |
| JOSE TORRES, a/k/a Jose ) | |
| Rodriguez, ) | |
| Defendant, ) | |

### INITIAL STATUS REPORT
### November 24, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Gertner, J. to whom this case is assigned:

1. <u>Discovery</u>

Within the next several days the Government will complete its obligation for discovery and counsel for Mr. Torres has requested additional time to review that discovery with his client. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>January 20, 2005, at 2:30 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, Boston, Massachusetts</u>.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from October 28, 2004 (date of expiration of prior order of excludable time) through January 20, 2005 (date by which Mr. Torres and his counsel will have completed their review of the Government's discovery). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, March 31, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
