**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO. 04-10292-NG** |
| JOSE TORRES, a/k/a Jose Rodriguez, Defendant, | ) ) ) ) | |

**ORDER OF EXCLUDABLE TIME**
**November 24, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 28, 2004 (date of expiration of prior order of excludable time) through January 20, 2005 (date by which Mr. Torres and his counsel will have completed their review of the Government's discovery) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE