UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
         v.                          )   CRIMINAL ACTION
                                     )   NO. 04-10292-NG
JOSE TORRES, a/k/a Jose              )
Rodriguez,                           )
         Defendant,                  )
_____ )

## STATUS REPORT
### January 25, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Gertner, J. to whom this case is assigned:

1. Discovery

Counsel for Mr. Torres has requested additional time to review discovery produced by the Government with his client and I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on February 15, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, Worcester, Massachusetts.

3.   Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 20, 2005 (date of expiration of prior order of excludable time) through February 15, 2005 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, April 26, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE