# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA,     ) | |
|                               ) | |
|        v.                     ) | **CRIMINAL ACTION** |
|                               ) | **NO. 04-10292-NG** |
| JOSE TORRES, a/k/a Jose       ) | |
| Rodriguez,                    ) | |
|        Defendant,             ) | |
| _____) | |

**STATUS REPORT**
**February 16, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gertner, J. to whom this case is assigned:

1.  Plea Negotiations

Mr. Torres' counsel has requested additional time to review with his client the possibility of resolving this case without a trial.  I have granted that request.

2.  Further Status Conference

A further status conference shall be held in this case on March 22, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 15, 2005 (date of expiration of prior order of excludable time) through March 22, 2005 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, May 31, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE