UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10292-NG |
| JOSE TORRES, a/k/a Jose ) | |
| Rodriguez, ) | |
| Defendant, ) | |

STATUS REPORT
March 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gertner, J. to whom this case is assigned:

1. Plea Negotiations

Mr. Torres' counsel has requested additional time to complete plea negotiations. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on April 28, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from March 22, 2005 (date of expiration of prior order of excludable time) through April 28, 2005 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, July 7, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE