UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA,     ) <br>                              ) <br>                              ) <br>         v.                   ) <br>                              ) <br> JOSE TORRES, a/k/a Jose       ) <br> Rodriguez,                    ) <br>         Defendant,           ) <br> _____) | CRIMINAL ACTION <br> NO. 04-10292-NG |

<u>**FINAL STATUS REPORT**</u>
May 4, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Gertner, J. to whom this case is assigned:

1. <u>Rule 11 Hearing</u>

Counsel for the parties have requested that this case be returned to Judge Gertner for a Rule 11 hearing. I have granted that request.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 28, 2005 (date of expiration of prior order of excludable time) through May 4, 2005 (date the Court was notified that this case should be returned to the District Judge for a Rule 11 hearing). Therefore, I have

excluded from the Speedy Trial Act, the entire period from date of arraignment through May 4, 2005 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, July 13, 2005</u>.

                                             <u>/s/Charles B. Swartwood, III</u>
                                             CHARLES B. SWARTWOOD, III
                                             CHIEF MAGISTRATE JUDGE