UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>JOSE TORRES, a/k/a Jose )<br>Rodriguez,                    )<br>    Defendant,           )<br>_____) | **CRIMINAL ACTION<br>NO. 04-10292-NG** |

ORDER OF EXCLUDABLE TIME
May 4, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 28, 2005 (date of expiration of prior order of excludable time) through May 4, 2005 (date the Court was notified that this case should be returned to the District Judge for a Rule 11 hearing) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE