UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10292-NG

UNITED STATES OF AMERICA

V.

JOSE TORRES, a/k/a Jesus Rodriguez

    Defendant

### DEFENDANT'S ASSENTED-TO MOTION TO FILE SENTENCING MEMORANDUM AND MATERIALS ONE DAY LATE

The defendant respectfully moves this Honorable Court for leave to file his Sentencing Memorandum, Affidavits (2) in support thereof, and Request for Findings of Fact, one day late.

As reason therefore, the defendant states that the same were due by October 6, that the government assents to this motion and that difficulties in contacting the defendant's brother, Luis Rodriguez and his ex-wife, Elsa Maldonado, were in part a cause of the delay.

Respectfully submitted,

**Jose Torres, t/n Jesus Rodriguez,**
By his attorney,


S/
Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue
Suite 32
Cambridge, MA 02139
(617) 661-3222

mtextend