UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10292-NG

UNITED STATES OF AMERICA

V.

JOSE TORRES, a/k/a Jesus Rodriguez

      Defendant

### AFFIDAVIT OF ELSA MALDONADO

I, Elsa Maldonado, being duly sworn, do hereby state and declare the following:

1. The defendant, Jesus Rodriguez, is my former husband.

2. We met each other and began living together in approximately 1989 in New Bedford, MA.

3. We married on February 14, 1997 or 1998.

4. In the past, I had a problem with heroin.

5. When I met Jesus I was clean and recovering while he was attempting to do so.

6. He had great difficulty kicking his habit which actually got worse during those first few years of our relationship in spite of my efforts to help him.

7. My best recollection is that he went through brief detoxification stays at Sstar Treatment in Fall River, MA two or three times in 19s92 or 1993, but each time he did not stay clean for very long after that.

8. I do recall that he tried to treat himself by staying in our apartment for six straight days just "cold turkey" sometime during 1993 - 1995, but, unfortunately, he could not tolerate the withdrawal complications and started using right away again.

9. I know that he went into the residential rehab program at High Point, Plymouth, MA in the early 1990s for three weeks or so.

10. For a few years around 1994 to 1997 I know that Jesus worked full time at Ecin Industries, a mattress factory at 71 Weaver Street in Fall River, MA and was able to stay off of heroin by taking part in a methadone program in New

11. During that time period, Jesus was very responsible in every way: he contributed to our finances on a regular basis, he helped me around the house and with outside chores like grocery shopping.

12. Those were the best years of our relationship together.  He was very considerate and affectionate with me and was very interested in taking custody of his younger daughter, Yahaira, who was in foster care in Pennsylvania since her mother died a few years previously.

13. At one point during that period, we traveled to Pennsylvania to straighten out his child support obligations with the family court.  He requested custody of Yahaira at that time but the state agency ruled that she had become well adjusted in her foster family and denied his request.

14. After that, his son came to visit a few times in the mid to late 1990s and Jesus seemed to get along very well with him. He also remained in touch with both children by telephone for several years thereafter.

15. By the late 1990s or early in 2000-2001, however, Jesus had started to use heroin again and his condition and behavior gradually deteriorated over the next few years.

16. By the summer of 2002 I could no longer tolerate his addiction and abusive behavior.  I moved out and also got a restraining order against him to prevent him from coming to my place of employment, my school, or approaching me personally.

17. I filed for divorce in about 2002 and the final judgment of divorce was just entered on July 7, 2005.  In spite of what Jesus put me through when he was using heroin I believe that he is basically a good person and I have never had any animosity towards him.

18. I also know that he worked for substantial periods of time on a cranberry farm in Carver, MA and for a landscaping company in Middleboro, MA.  He also often earned money by fixing other people's cars and doing upholstery work.

SIGNED, as a sworn statement, this 7th day of October, 2006:

S/
ELSA MALDONADO

affidav.els