UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10292-NG

UNITED STATES OF AMERICA

V.

JOSE TORRES, a/k/a Jesus Rodriguez

    Defendant

## AFFIDAVIT OF LUIS RODRIGUEZ

I, Luis Rodriguez, being duly sworn, do hereby state and declare the following:

1. The defendant, Jesus Rodriguez, is my brother.

2. I have resided at 622 South First Street, New Bedford, Massachusetts with my wife, Margarita Arena for approximately fifteen years..

3. We have two adult children, 19 and 25 years old.

4. I know that my brother, Jesus, has had a problem with heroin for many years.

5. I have often seen Jesus under the influence of heroin over the years.

6. At those times he has often seemed crazy to me.

7. At the same time, when Jesus was not on the heroin he was generally a pretty normal person: he went to work most days, he seemed to have a good relationship with his wife, Elsa and he was always working on somebody's car either to earn extra money or just as a friend.

8. I know that Jesus worked full time at Ecin Industries, a mattress factory at 71 Weaver Street in New Bedford for several years during the 1990s because I also worked there for a period of time.

9. In 1998 or 1999 Jesus's two children, Jesus, Jr. and Yahaira came to visit him in New Bedford once or twice. I spent quite a bit of time with them as they stayed at my house for a few days. In spite of the little previous contact they had

10. This affidavit has been translated into Spanish for me and I hereby affirm the truth of its contents to the best of my knowledge and ability.

SIGNED, as a sworn statement, this 6th day of October, 2005:

S/
LUIS RODRIGUEZ

affidv.lui