UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10292-NG

UNITED STATES OF AMERICA

V.

JOSE TORRES, a/k/a Jesus Rodriguez

      Defendant

### DEFENDANT'S REQUEST FOR FINDINGS OF FACT

The defendant respectfully requests that the Court find as fact any allegation contained in the affidavits of Elsa Maldonado or Luis Rodriguez, filed herewith, which may be necessary as a basis for the defendant's sentence herein, and which either clarifies, or is in addition to, the facts contained in the Presentence Report which have not been objected to by any party.

Respectfully submitted,

**Jose Torres, t/n Jesus Rodriguez,**
By his attorney,

S/
Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue
Suite 32
Cambridge, MA 02139
(617) 661-3222

reqfdgs