

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**OFFICE OF THE CLERK**
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

William T. Walsh
Clerk

FILED
IN CLERKS OFFICE
2006 MAY -4 P 1:22
U.S. DISTRICT COURT
DISTRICT OF MASS

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: Newark

April 28, 2006

US District Court
1 Courthouse Way
Boston, Massachusetts 02210

    Re: U.S.A. -v- JOSE TORRES
    Our Docket No. 06-3047(PS)
    Your Docket No. 04-CR-10292-NG-01

Dear Clerk:

    Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

    Very truly yours,

    WILLIAM T. WALSH, Clerk

    By: *Amy Andersonn*
    Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _____
DATE: _____.