AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE TORRES

**WARRANT FOR ARREST**

CASE NUMBER: 04-10292-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ JOSE TORRES ___
                                          Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

FELON IN POSSESSION OF FIREARM AND AMMUNITION, AND DISTRIBUTION OF CONTROLLED SUBSTANCE

in violation of Title ___ United States Code, Section(s) 922(g)(1) and 21 U.S.C. Sect. 841(a)(1)

Sheila Desk                          Operations Supervisor
Name of Issuing Officer              Title of Issuing Officer

_signature_                          BOSTON, MASSACHUSETTS
Signature of Issuing Officer         Date and Location

Bail fixed at $ _____ by _____
                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/28/06 |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.